Decided September 18, 1996

ANTHONY NOVAK, TRUSTEE, ET AL. *v.*
CHARLES SCALESSE*

The plaintiffs' petition for certification for appeal from the Appellate Court, 43 Conn. App. 94 (AC 14670), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the trial court abused its discretion in setting aside the verdict?"

The Supreme Court docket number is SC 15521.

*Tracy Alan Saxe,* in support of the petition.

*John R. McGrail* and *William C. Turney,* in opposition.

Decided September 18, 1996